JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 588 --

| Date | Pleading Description |
|---|---|
| 84/03/05 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Defendant St. Mary's Church w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: ? -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 84/03/15 | APPEARANCE -- MICHAEL D. BOUTELL for Manufacturers Nat'l Bank of Detroit; NICHOLAS A. BUCUR for Byelorussian Autocephalous Orthodox, Mother of God of Zyrovichy Church; RICHARD D. SIMON for Missionary Society of the Byelorussian Autocephalix Orthodox Church in America, Inc.; SAMUEL C. INGLESE for Karp Star, Saint Mary's Church of Zyrovicy Byelorussian Autocephalic Orthodox Church, Highland Park, N.J. (emh) |
| 84/03/15 | 2 | RESPONSE -- Byelorussian Autocephalic Orthodox Mother of God of Zyrovicy Church -- w/cert. of svc. (emh) |
| 84/03/16 | 3 | REQUEST FOR EXTENSION OF TIME (and Movants COMMENTS to the request for extension) -- Missionary Society of the Byelorussian Autocephalic Orthodox Church in America -- GRANTED to & including April 3, 1984 (to this party ONLY) -- NOTIFIED PASL (emh) |
| 84/03/19 | APPEARANCES -- VALENTINE HOROSHKO, ESQ. for Rev. Vasil Kendysh, etc.; CASS S. JAROS, ESQ. for Holy Spirit Byelorussian Autocephalic Orthdox~~Orthdo~~ Church and Basyli Pleskacz (ds) |
| 84/03/20 | 4 | REQUEST FOR EXTENSION OF TIME -- Rev. Vasil Kendysh -- GRANTED TO KENDYSH TO AND INCLUDING APRIL 3, 1984 (cds) |
| ~~84/03/22~~ | ~~APPEARANCE -- Gerald Sawatzky for Hugh David Bradbury, et al.~~ (emh) |
| 84/03/29 | 5 | RESPONSE -- Missionary Society of the Byelorrussian Autocephalic Orthodox Church in America, Inc. -- w/cert. of svc. (emh) |
| 84/04/02 | 6 | RESPONSE w/JOINT BRIEF -- Rev. Vasil Kendysh and Missionary Society of the Byelorussian Autocephalic Orthodox Church in America, Inc. -- w/cert. of svc. (emh) |
| 84/04/04 | APPEARANCE -- Timothy Billick for The Ohio Savings Association (emh) |
| 84/04/13 | HEARING ORDER -- Setting motion to transfer A-1 - A-4 for Panel hearing in Washington, D.C. on May 17, 1984 (cds) |
| 84/05/09 | APPEARANCE: NICHOLAS A. BUCUR, ESQ. for John Kovalenko, Michael Strapko and Andrew Streczyn (cds) |

P. 2

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 588 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/05/16 | | Hearing Appearances -- Samuel C. Inglese, Esq. for Saint Mary's Church of Zyrovicy, Byelorussian Autocephalic Orthodox Church, Highland Park, N.J.                    (ds) |
| 84/05/16 | | WAIVERS OF ORAL ARGUMENT -- Missionary Society of the Byelorussian Autocephalic Orthodox Church in America, Inc.; Rev. Vasil Kendysh; Manufacturers National Bank of Detroit; Ohio Savings Assoc.; Byelorussian Autocephalous Orthodox Mother of God of Zyrovichy Church; Holy Spirit Byelorrusian Autocephalic Orthodox Church and Bazyli Pleskacz          (ds) |
| 84/05/29 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks, counsel, recipients and publishers  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 588 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE BYELORUSSIAN CHURCH LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| May 17, 1984 | May 29, 1984 | DENIAL | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: May 29, 1984

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 588 -- In re Byelorussian Church Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Rev. Vasil Kendysh, etc. v. Byelorussian Autocephalic Orthodox Church, etc., et al. | N.D.Ohio Bell | C82-3241 | | | | |
| A-2 | Rev. Vasil Kendysh, etc. v. Holy Spirit Byelorussian Autocephalic Orthodox Church, et al. | D.N.J. Thompson | 82-4387 AET | | | | |
| A-3 | Rev. Vasil Kendysh, etc. v. Holy Spirit Byelorussian Autocephalic Orthodox Church, et al. | E.D.Mich. Cook | 83-1906 DT | | | | |
| A-4 | Missionary Society of the Byelorussian Autocephalic Orthodox Church, in America, Inc. v. Karp Star | D.N.J. Brotman | 83-1732 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  588  -- In re Byelorussian Church Litigation

REV. VASIL KENDYSH, ETC. (A-1,2,3)
Valentine Horoshko, Esquire
233 Broadway
New York, New York  10007


MISSIONARY SOCIETY OF THE BYELORUSSIAN
  AUTOCEPHALIC ORTHODOX CHURCH IN
  AMERICA, INC.  (A-4)
Richard D. Simon, Esquire
216 Highway 18
East Brunswick, New Jersey  08816

BYELORUSSIAN AUTOCEPHALOUS ORTHODOX
MOTHER OF GOD OF ZYROVICHY CHURCH
Nicholas A. Bucur, Esquire
6516 Detroit Avenue, #248
Cleveland, Ohio  44102

MANUFACTURERS NATIONAL BANK OF DETROIT
Michael D. Boutell, Esq.
100 Renaissance Center
9th Floor - Legal Department
Detroit, Michigan  48243

KARP STAR
SAINT MARY'S CHURCH OF ZYROVICY
  BYELORUSSIAN AUTOCEPHALIC ORTHODOX
  CHURCH, HIGHLAND PARK, N.J.
Samuel C. Inglese, Esq.
Moss & Inglese
Main Street
P.O. Box 512
Metuchen, New Jersey  08840

AMERITRUST BANK
Terry J. Walrath, Esq.   (No Appearance
900 Euclid Avenue          Rec'd)
Cleveland, Ohio  44114

OHIO SAVINGS BANK
Timothy R. Billick, Esq.
1801 East Ninth Street, 16th Floor
Cleveland, Ohio  44114

THIRD FEDERAL SAVINGS & LOAN ASSOC.
William Boukalik, Esq.
500 National City Bank Building
Cleveland, Ohio  44114   (No Appearance
                            Rec'd)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __588__ -- _____

HOLY SPIRIT BYELORUSSIAN AUTOCEPHALIC
  ORTHODOX CHURCH
BASYLI PLESKACZ
Cass S. Jaros, Esq.
Veterans Memorial Building
Room 812
Detroit, Michigan  48226

JOHN KOVALENKO
MICHAEL STRAPKO
ANDREW STRECZYN
Nicholas A. Bucur, Esq.
Gordon Square Arcade
6516 Detroit Avenue, Suite 248
Cleveland, Ohio  44102

UNABLE TO DETERMINE COUNSEL OR
ADDRESS FOR THE FOLLOWING DEFENDANTS:

JOHN KOVELENKO
MICHAEL STRAPKO
ANDREW STRECZYN
THE NATIONAL STATE BANK, ELIZABETH, N.J.

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _588_ -- _In re Byelorussian Church Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Byelorussian Autocephalic Orthodox Church "Mother of God of Zyrovicy" | A-1 |
| John Kovelenko | A-1 |
| Michael Strapko | A-1 |
| Andrew Streczyn | A-1 |
| Ameritrust Company *dismissed* | A-1 |
| Third Federal Savings & Loan Assoc. of Cleveland, Ohio | A-1 |
| St. Mary of Zyrovicy Byelorussian Autocephalic Orthodox Church, Highland Park, New Jersey | A-2 |
| New Brunswick Savings Bank *dismissed* | A-2 |
| The Nat'l State Bank, Elizabeth, N.J. | A-2 |
| Holy Spirit Byelorussian Autocephalic Orthodox Church | A-3 |
| Bazyli Pleskacz | A-3 |

p.  2

| | A-3 |
|---|---|
| Manufacture's Nat'l Bank of Detroit | |
| Karp Star | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |