JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 29 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 588

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BYELORUSSIAN CHURCH LITIGATION

ORDER DENYING TRANSFER*

    This litigation consists of four actions pending in three districts as follows: two actions in the District of New Jersey and one action each in the Eastern District of Michigan and the Northern District of Ohio. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by a defendant in one of the New Jersey actions to centralize the actions in this litigation in the Northern District of Ohio for coordinated or consolidated pretrial proceedings. The defendant in the second New Jersey action and a defendant in the Ohio action support transfer. Plaintiffs in the four actions oppose transfer.

    On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation. One of the New Jersey actions involves an attempt by a party related to the Byelorussian Autocephalic Orthodox Church (BAOC) to evict a dissident clergyman from church premises allegedly owned by the plaintiff. Each of the remaining three actions is brought by the secretary of the BAOC Consistory, who seeks to obtain title to and control of personal and real property held by a secessionist BAOC parish church located in the district where the action was filed. We are not convinced that these actions involve sufficient common questions of fact to warrant transfer. While these actions may share some questions of law, in the absence of sufficient common questions of fact, transfer under Section 1407 remains inappropriate. See In re Environmental Protection Agency Pesticide Listing Confidentiality Litigation, 434 F. Supp. 1235 (J.P.M.L. 1977); In re Natural Gas Liquids Regulation Litigation, 434 F. Supp. 665 (J.P.M.L. 1977); In re Eastern Airlines, Inc. Flight Attendant Weight Program Litigation, 391 F. Supp. 763 (J.P.M.L. 1975). Furthermore, we note that pretrial proceedings in at least two of the actions are already well advanced.

---

* Judges Robert H. Schnacke and Sam C. Pointer, Jr., took no part in the decision of this matter.

-2-

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:**

Andrew A. Caffrey
Chairman

---

** Judge Louis H. Pollak dissents from this order of the Panel.

SCHEDULE A

MDL-588 -- In re Byelorussian Church Litigation

Eastern District of Michigan

Rev. Vasil Kendysh, etc. v. Holy Spirit Byelorussian Autocephalic Orthodox Church, et al., C.A. No. 83-1906-DT

District of New Jersey

Rev. Vasil Kendysh, etc. v. Holy Spirit Byelorussian Autocephalic Orthodox Church, et al., C.A. No. 82-4387-AET

Missionary Society of the Byelorussian Autocephalic Orthodox Church, in America, Inc. v. Karp Star, C.A. No. 83-1732

Northern District of Ohio

Rev. Vasil Kendysh, etc. v. Byelorussian Autocephalic Orthodox Church, etc., et al., C.A. No. C82-3241